**EXHIBIT B**



# TARZAN OF THE APES



*Edgar Rice Burroughs*

*With an Introduction by*
Gore Vidal
*and a New Afterword by*
Michael Meyer



# SIGNET CLASSICS

SIGNET CLASSICS
Published by New American Library, a division of
Penguin Group (USA) Inc., 375 Hudson Street,
New York, New York 10014, USA
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto,
Ontario M4P 2Y3, Canada (a division of Pearson Penguin Canada Inc.)
Penguin Books Ltd., 80 Strand, London WC2R 0RL, England
Penguin Ireland, 25 St. Stephen's Green, Dublin 2,
Ireland (a division of Penguin Books Ltd.)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124,
Australia (a division of Pearson Australia Group Pty. Ltd.)
Penguin Books India Pvt. Ltd., 11 Community Centre, Panchsheel Park,
New Delhi - 110 017, India
Penguin Group (NZ), 67 Apollo Drive, Rosedale, North Shore 0632,
New Zealand (a division of Pearson New Zealand Ltd.)
Penguin Books (South Africa) (Pty.) Ltd., 24 Sturdee Avenue,
Rosebank, Johannesburg 2196, South Africa
Penguin Books Ltd., Registered Offices:
80 Strand, London WC2R 0RL, England

Published by Signet Classics, an imprint of New American Library,
a division of Penguin Group (USA) Inc.
First Signet Classics Printing, March 1990
First Signet Classics Printing (Meyer Afterword), August 2008

"Tarzan Revisited" is reprinted from Reflections upon a Sinking Ship by Gore Vidal. Copyright © Gore Vidal, 1963. Originally appeared in Esquire. All rights reserved.
Afterword copyright © Michael Meyer, 2008
All rights reserved



REGISTERED TRADEMARK—MARCA REGISTRADA

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials. Your support of the author's rights is appreciated.

http://us.penguingroup.com

After serving a short time in the Seventh U.S. Cavalry, **Edgar Rice Burroughs** (1875-1950) was a shopkeeper, gold miner, cowboy, and policeman before becoming a full-time writer. *Tarzan of the Apes* (1914) and its twenty-two sequels have sold more than twenty-five million copies in fifty-eight languages. Author of numerous other jungle and science fiction novels and novellas, including *The Land That Time Forgot*, Burroughs had a writing career that spanned almost thirty years, with his last novel, *The Land of Terror*, being published in 1941. He died in Tarzana, California, the town named for his legendary hero.

**Gore Vidal** is the author of numerous novels—the first, *Williwaw*, written when he was twenty-one—as well as scripts for film, television, and the stage, including the extremely successful *The Best Man* and *Visit to a Small Planet*. He is perhaps best known for his historical novels, including *Burr* (1973), *1876* (1976), and *Lincoln* (1984). He won the National Book Award in 1993 for his book of essays *United States (1952-1992)*.

**Michael Meyer**, Ph.D., is professor of English at the University of Connecticut. Among his books, *Several More Lives to Live: Thoreau's Political Reputation in America* was awarded the Ralph Henry Gabriel Prize by the American Studies Association. In addition to *The Bedford Introduction to Literature*, his edited volumes include *Frederick Douglass: The Narrative and Selected Writings*.



Copyrighted Material

"[Burroughs has] a gift very few writers of any kind possess: he can describe action vividly."
—GORE VIDAL

# TARZAN OF THE APES

Edgar Rice BURROUGHS

Introduction by JOHN TALIAFERRO

2003 Modern Library Paperback Edition

Biographical note copyright © 2002 by Random House, Inc.
Introduction copyright © 2003 by John Taliaferro
Reading group guide copyright © 2003 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. Published in the United States by Modern Library, an imprint of The Random House Publishing Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

MODERN LIBRARY and the TORCHBEARER Design are registered trademarks of Random House, Inc.

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA
Burroughs, Edgar Rice, 1875–1950.
Tarzan of the apes / Edgar Rice Burroughs ; introduction by John Taliaferro.
p. cm.
ISBN 0-8129-6706-2
1. Tarzan (Fictitious character)—Fiction. 2. British—Africa—Fiction.
3. Wild men—Fiction. 4. Africa—Fiction. I. Title.
PS3503.U687 T3 2003
813'.52—dc21    2002024543

Modern Library website address: www.modernlibrary.com

Printed in the United States of America

2 4 6 8 9 7 5 3

*Edgar Rice Burroughs* · vii

up, I read all twenty-three *Tarzan* books, as well as the ten *Mars* books.... There is something basic in the appeal of Tarzan which makes me think that he can still hold his own as a daydream figure, despite the sophisticated challenge of his two contemporary competitors, Ian Fleming and Mickey Spillane. For most adults, Tarzan (and John Carter of Mars) can hardly compete with the conspicuous consumer consumption of James Bond or the sickly violence of Mike Hammer, but for children and adolescents, the old appeal continues. All of us need the idea of a world alternative to this one. From Plato's Republic to Opar to Bond-land, at every level, the human imagination has tried to imagine something better for itself than the existing society.... In its naïve way, the Tarzan legend returns us to that Eden where, free of clothes and the inhibitions of an oppressive society, a man can achieve in reverie his continuing need ... to prevail as well as endure."

Error! Unknown document propert



Kaanga: Jungle Stories is a written story that interprets the adventures of Kaanga, White Man of the Jungle, as he originally appeared in Jungle Comics #1. He was a comic book character who first appeared in Jungle Comics #1, dated January 1940, in a series that ran to 1954. Along with Sheena, Queen of the Jungle, of Jumbo Comics, they were the most successful of their genre.

Kaanga was a man with no superpowers, who had to survive in the jungle with his cunning and instincts, while facing many threats. As in the modern world today, change was coming to the jungle and his life. He met numerous allies and foes, whom he might befriend or fight.

He battles the slaver Bill Blackton and rescues Ann Mason from becoming a slave. She goes on to be his companion. He battles Doctor Wratt, who is trying to hypnotize all the people in the jungle, with his machine. He fights the villainous King Brot and his tribe of vicious natives. He is captured by the beautiful Queen Anitra, trying to make him her husband.



Many more threats await Kaanga, but someone far more dangerous, is secretly in control in the jungle, someone who is the true power behind what is going on. Though he is courageous and strong, can Kaanga defeat these powers before they defeat him? Also, there is another power in the jungle to contend with. Who is the mysterious Phantomah?

Jungle Comics ran from 1940 - 1954 and Kaanga was the star, being featured on every cover. Survival in the jungle was not easy for him, but he always found a way to overcome and adapt. Now Kaanga is long forgotten in comics, but the concept of a man living and surviving in the jungle is timeless.



ISBN 978-0-61544-256-3

The jungle genre fascinated readers with stories of adventure and escape, to far off places, with wild animals and exotic landscapes. The clash of civilization and nature is still with us though, both inside us and outside us. Hopefully the genre can find a place in people's imagination once more, giving us more adventures to be told.

Look up the word "jungle" in the dictionary. In some ways, people never really left.

Copyrighted Material

Copyrighted Material

KAANGA: JUNGLE STORIES
Copyright @ 2011 by E.M. Mack
All rights reserved.

Z-Store Books
www.KaangaJungle.com

ISBN: 0615442560
ISBN-13: 9780615442563

Copyrighted Material



Copyrighted Material

SAVAGE TALES OF KI-GOR, LORD OF THE JUNGLE

Copyright © 2007 Barry Reese and Used with Permission of Author

Cover Art Copyright © 2009 Manuel Morgado
Interior Art Copyright © 2009 Ron Wilber

Edited by Ron Hanna
Graphic Design by William Carney

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means electronic or mechanical, including photocopying, recording or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law.

ISBN: 978-0-9823116-5-3

A Wild Cat Books Publication
Ronald Hanna, Publisher
Copyright © 2009 by Wild Cat Books
www.wildcatbooks.net

Copyrighted Material

