# EXHIBIT A

# United States Patent Office

**799,908**
Registered Dec. 7, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 210,265, filed Jan. 21, 1965

## TARZAN

Edgar Rice Burroughs, Inc. (California corporation)
18354 Ventura Blvd.
Tarzana, Calif.

For: PAPERBACK BOOKS, HARDBOUND BOOKS, COMIC BOOKS, AND NEWSPAPER CARTOONS, in CLASS 38.
First use June 1914 on hardboard books and paperback books; in commerce June 1914.

K. I. HANCOCK, *Examiner.*

# EXHIBIT B



# United States of America
## United States Patent and Trademark Office

# JOHN CARTER OF MARS

**Reg. No. 4,094,217**
**Registered Jan. 31, 2012**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

EDGAR RICE BURROUGHS, INC. (CALIFORNIA CORPORATION)
18354 VENTURA BOULEVARD
TARZANA, CA 91357

FOR: COMIC BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1952; IN COMMERCE 0-0-1952.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,049,063.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT
IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-982,714, FILED 8-24-2007.

CHARISMA HAMPTON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# JOHN CARTER OF MARS

**Reg. No. 4,135,994**
**Registered May 1, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

EDGAR RICE BURROUGHS, INC. (CALIFORNIA CORPORATION)
18354 VENTURA BOULEVARD
TARZANA, CA 91357

FOR: FANTASY CHARACTER TOYS AND COLLECTABLE TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-1-2011; IN COMMERCE 12-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-982,839, FILED 8-24-2007.

CHARISMA HAMPTON, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT C



# WARLORD OF MARS

Written by
### ARVID NELSON

illustrated by
### STEPHEN SADOWSKI

colored by
### ADRIANO LUCAS

lettered by
### TROY PETERI

covers by
### J. SCOTT CAMPBELL (50%)
### JOE JUSKO (50%)
### PATRICK BERKENKOTTER (1-in-10)
### LUCIO PARRILLO (1-in-15)

based on the stories by
### EDGAR RICE BURROUGHS

See back-inside cover for all variant covers



**DYNAMITE**
ENTERTAINMENT

FOR DYNAMITE ENTERTAINMENT


COMIC SHOP LOCATOR SERVICE
888-COMIC-BOOK
comicshoplocator.com

NICK BARRUCCI • PRESIDENT
JUAN COLLADO • CHIEF OPERATING OFFICER
JOSEPH RYBANDT • EDITOR
JOSH JOHNSON • CREATIVE DIRECTOR
RICH YOUNG • DIRECTOR BUSINESS DEVELOPMENT
JASON ULLMEYER • GRAPHIC DESIGNER

WARLORD OF MARS™, VOLUME 1 #2. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite 8, Runnemede, NJ 08078. Warlord of Mars is ™ and © 2010 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon © 2010 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamiteentertainment.com

Printed in Canada.

# EXHIBIT D



# WARLORD OF MARS

## Dejah Thoris

The chance discovery of my uncle John Carter's lost manuscripts lead to the publication of the tale underway. Following is a summary of events thus far.

400 years before Carter arrived on Mars, the twin cities of Helium were divided against each other. The unscrupulous Jeddak of Yorn encouraged the rivalry for his own gain.

Tardos Mors, Jed of Lesser Helium, had Greater Helium at his mercy when Yorn intervened, announcing Dejah Thoris, Mors's granddaughter, would marry Yorn's son, Valian Dor.

The wedding was a ploy. Yorn's true purpose was to take possession of an anthropoid war machine of devastating power buried beneath Lesser Helium. He seized Dejah Thoris and the jeds of both Heliums during the engagement feast.

Valian was not a party to the deception. He freed Dejah Thoris, who in turn freed her father and grandfather. They escaped from Yorn with their former enemy, the Jed of Greater Helium.

A horde of green Martians surrounded Yorn, who found himself permanently bonded with the mysterious Colossus. The Yorn-Colossus destroyed the green horde.

Greater and Lesser Helium convened their allies in an attempt to raise a force against Yorn. The Colossus ambushed the secret gathering, uniting Helium's skeptical friends.

Dejah Thoris rescued Valian from his father's men as the allies gathered their navies. Valian created two marvelous devices to defeat the Colossus: a "brainwave jammer" and a winged harness that will allow Dejah to fly.

The allies have set out to destroy Yorn, but there is a spy in their midst...

Yours sincerely,
E.R.B.

written by **ARVID NELSON** illustrated by **CARLOS RAFAEL**
colored by **CARLOS LOPEZ** lettered by **MARSHALL DILLON**
covers by **ARTHUR ADAMS** (25%), **JOE JUSKO** (25%)
**PAUL RENAUD** (25%), **AL GARZA** (25%)
based on the stories by **EDGAR RICE BURROUGHS**
See back-inside cover for all variant covers

**DYNAMITE ENTERTAINMENT**


888-COMIC-BOOK
comicshoplocator.com

NICK BARRUCCI • PRESIDENT
JUAN COLLADO • CHIEF OPERATING OFFICER
JOSEPH RYBANDT • EDITOR
JOSH JOHNSON • CREATIVE DIRECTOR
RICH YOUNG • DIRECTOR BUSINESS DEVELOPMENT
JASON ULLMEYER • SENIOR DESIGNER
JOSH GREEN • TRAFFIC COORDINATOR
CHRIS CANIANO • PRODUCTION ASSISTANT

WARLORD OF MARS™: DEJAH THORIS, VOLUME 1 #5. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. Warlord of Mars is ™ and © 2011 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon © 2011 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

Printed in Canada.













# WARLORD OF MARS

## OF MARS

### Dejah Thoris

The chance discovery of a lost manuscript by my uncle, John Carter, lead to the publication of the tale currently underway. No doubt a summary of the events thus far will be of great benefit to the reader.

400 years before Carter arrived on Mars, the twin cities of Helium were in a predicament of constant and bitter warfare with one another. The unscrupulous Jeddak of Yorn, their common overlord, encouraged the animosity for his own benefit.

Tardos Mors, jed of Lesser Helium, had Greater Helium at his mercy when Yorn intervened, preventing the long-hoped for victory. Yorn announced Dejah Thoris, Mors's granddaughter, would marry Yorn's son, Valian Dor.

But the wedding was a lie to catch Greater and Lesser Helium off guard. Yorn seized Dejah Thoris and the jeds of both Heliums during the engagement feast. Valian, Yorn's son, was not a party to the deception.

The motive for Yorn's betrayal seems to involve a titanic, humanoid machine of unknown purpose and design buried deep within the catacombs of Lesser Helium.

Yours sincerely,
Edgar Rice Burroughs

written by **ARVID NELSON**  illustrated by **CARLOS RAFAEL**
colored by **CARLOS LOPEZ**  lettered by **MARSHALL DILLON**
covers by **ARTHUR ADAMS** (25%), **JOE JUSKO** (25%)
**PAUL RENAUD** (25%), **ALÉ GARZA** (25%)
based on the stories by **EDGAR RICE BURROUGHS**
See back-inside cover for all variant covers

**DYNAMITE**
ENTERTAINMENT®


COMIC SHOP LOCATOR SERVICE
888-COMIC-BOOK
comicshoplocator.com

FOR DYNAMITE ENTERTAINMENT

NICK BARRUCCI    • PRESIDENT
JUAN COLLADO     • CHIEF OPERATING OFFICER
JOSEPH RYBANDT   • EDITOR
JOSH JOHNSON     • CREATIVE DIRECTOR
RICH YOUNG       • DIRECTOR BUSINESS DEVELOPMENT
JASON ULLMEYER   • SENIOR DESIGNER

WARLORD OF MARS™: DEJAH THORIS, VOLUME 1 #2. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. Warlord of Mars is ™ and © 2011 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon © 2011 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

Printed in Canada.





# EXHIBIT E



# WARLORD MARS FALL OF BARSOOM

## 100,000 YEARS BEFORE JOHN CARTER FIRST ARRIVED ON MARS...

written by
### ROBERT PLACE NAPTON

illustrated by
### ROBERTO CASTRO

colored by
### ALEX GUIMARÃES

lettered by
### SIMON BOWLAND

covers by
### JOE JUSKO (main)
### FRANCESCO FRANCAVILLA (1-in-10)

inspired by the stories by
### EDGAR RICE BURROUGHS

**See back-inside cover for all variant covers**



WARLORD OF MARS™: FALL OF BARSOOM, VOLUME 1, ISSUE #1. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. Warlord of Mars is ™ and © 2011 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon ® 2011 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

Printed in Canada.

**DYNAMITE** ENTERTAINMENT

NICK BARRUCCI • PRESIDENT
JUAN COLLADO • CHIEF OPERATING OFFICER
JOSEPH RYBANDT • EDITOR
JOSH JOHNSON • CREATIVE DIRECTOR
RICH YOUNG • DIRECTOR BUSINESS DEVELOPMENT
JASON ULLMEYER • SENIOR DESIGNER
JOSH GREEN • TRAFFIC COORDINATOR
CHRIS CANIANO • PRODUCTION ASSISTANT

COMIC SHOP LOCATOR SERVICE
888-COMIC-BOOK
comicshoplocator.com

# EXHIBIT F



# EXHIBIT G

FROM THE PAGES OF **WARLORD OF MARS**™

# Dejah Thoris

## AND THE WHITE APES OF MARS ™

DYNAMITE. 1

FROM THE PAGES OF WARLORD OF MARS

# Dejah Thoris

## AND THE WHITE APES OF MARS

written by

**MARK RAHNER**

illustrated by

**LUI ANTONIO**

colored by

**ALEXANDRE STARLING**

lettered by

**MARSHALL DILLON**

covers by

**BRANDON PETERSON** (main)
**AL GARZA** (1-in-10)

based on the stories by **EDGAR RICE BURROUGHS**

See back-inside cover for all variant covers



**DYNAMITE**
ENTERTAINMENT
www.DYNAMITE.net
Follow us on Twitter @dynamitecomics

Nick Barrucci, President
Juan Collado, Chief Operating Officer
Joe Rybandt, Editor
Josh Johnson, Creative Director
Rich Young, Director Business Development
Jason Ullmeyer, Senior Designer
Josh Green, Traffic Coordinator
Chris Caniano, Production Assistant




Certified Chain of Custody
Promoting Sustainable Forestry
www.sfiprogram.org
This label only applies to the text section.

DEJAH THORIS AND THE WHITE APES OF MARS, VOLUME 1 #1, First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. Warlord of Mars and Dejah Thoris and the White Apes of Mars are ™ and © 2012 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon © 2012 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes. Printed in Canada.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

# EXHIBIT H



# WARRIORS OF MARS

A tale of Old Mars, in which we witness the
first visit to Barsoom by one Gullivar Jones of Earth…

written by
## ROBERT PLACE NAPTON

illustrated by
## JACK JADSON

colored by
## ALEX STARLING

lettered by
## MARSHALL DILLON

cover by
## JOE JUSKO

based on the stories by ## EDGAR RICE BURROUGHS

See back-inside cover for all variant covers

**DYNAMITE**
ENTERTAINMENT

NICK BARRUCCI • PRESIDENT
JUAN COLLADO • CHIEF OPERATING OFFICER
JOSEPH RYBANDT • EDITOR
JOSH JOHNSON • CREATIVE DIRECTOR
RICH YOUNG • DIRECTOR BUSINESS DEVELOPMENT
JASON ULLMEYER • SENIOR DESIGNER
JOSH GREEN • TRAFFIC COORDINATOR
CHRIS CANIANO • PRODUCTION ASSISTANT



comicshoplocator.com
888-COMIC-BOOK

WARRIORS OF MARS™, VOLUME 1 #1, First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. Warlord of Marsand Warriors of Mars are ™ and © 2012 Savage Tales Entertainment, llc. All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon ® 2012 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

Printed in Canada.

# EXHIBIT I



DYNAMITE ENTERTAINMENT PROUDLY PRESENTS



written by
**ARVID NELSON**

illustrated by
**ROBERTO CASTRO**

lettered by
**SIMON BOWLAND**

colored by
**ALEX GUIMARAES**

covers by
**ALEX ROSS** (25%)
**RYAN SOOK** (25%)
**PAUL RENAUD** (25%)
**LUCIO PARRILLO** (25%)

based on the stories by
**EDGAR RICE BURROUGHS**

See back inside cover for all variant covers





888-COMIC-BOOK
comicshoplocator.com

**NICK BARRUCCI** • PRESIDENT
**JUAN COLLADO** • CHIEF OPERATING OFFICER
**JOSEPH RYBANDT** • EDITOR
**JOSH JOHNSON** • CREATIVE DIRECTOR
**RICH YOUNG** • DIRECTOR BUSINESS DEVELOPMENT
**JASON ULLMEYER** • SENIOR DESIGNER
**JOSH GREEN** • TRAFFIC COORDINATOR
**CHRIS CANIANO** • PRODUCTION ASSISTANT

LORD OF THE JUNGLE, VOLUME 1 #1. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnamede, NJ 08078. Lord of the Jungle is ™ and © 2012 Savage Tales Entertainment, llc, All rights reserved. Dynamite, Dynamite Entertainment & The Dynamite Entertainment colophon ® 2012 DFI. All Rights Reserved. All names, characters, events, and locales in this publication are entirely fictional. Any resemblance to actual persons (living or dead), events or places, without satiric intent, is coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment except for review purposes.

For information regarding press, media rights, foreign rights, licensing, promotions, and advertising e-mail: marketing@dynamite.net

Printed in Canada.