# EXHIBIT A





# A PRINCESS OF MARS
## By
## EDGAR RICE BURROUGHS

A Renaissance E Books publication

ISBN 1-58873-236-3

All rights reserved

Copyright © 2003 by Renaissance E Books

This book may not be reproduced in whole or in part without written permission.

For information:

Email publisher@renebooks.com

PageTurner Editions

Futures-Past Science Fiction

To My Son
**Jack**





**THE FIRST BARSOOM OMNIBUS**
The Classic Martian Trilogy:
A Princess of Mars
The Gods of Mars
The Warlord of Mars
By
**Edgar Rice Burroughs**

A Renaissance E Books publication
ISBN 1-58873-235-5
All rights reserved
Copyright © 2005 by Renaissance E Books
This book may not be reproduced in whole or in part without written permission.
For information:

Email publisher@renebooks.com
PageTurner Editions
Futures-Past Science Fiction





TP   THE TOWNSEND LIBRARY

# THE GODS OF MARS

Soldier and adventurer John Carter tells the story of how he returns to the planet Mars to be reunited with his love, the Martian princess Dejah Thoris.

With his great friend Tars Tarkas, mighty Jeddak of Thark, Carter sets out in search of his princess. But Dejah Thoris has vanished. And Carter becomes trapped in the legendary Eden of Mars—from which none has ever escaped alive.

Illustrations © 2006 by Hal Taylor
Visit us on the web at www.townsendpress.com

TP
TOWNSEND PRESS
U.S.A.   $2.00
CAN.   $3.00

ISBN 1-59194-062-1

Error! Unknown document property name.

Copyrighted Material

## A Background Note about
### *The Gods of Mars*

*The Gods of Mars*, published in 1913, is the second of a series of adventure books about John Carter, a Civil War veteran, swordsman, and polite Southern gentleman. In the first book in the series, *A Princess of Mars*, Carter finds himself magically transported to the planet Mars (or "Barsoom," as it is called in the stories). On Barsoom he meets, wins, and marries the beautiful princess Dejah Thoris. At the end of *A Princess of Mars*, Barsoom is threatened with extinction unless Carter can activate its atmosphere plant in time. The book concludes with Carter reawakening on Earth, not knowing if his efforts had been successful. *The Gods of Mars* picks up the action where *A Princess of Mars* ended.



Copyrighted Material

# EDGAR RICE BURROUGHS

# THE GODS OF MARS

Edited by Denton Cairnes
Afterword by Beth Johnson

**TP** THE TOWNSEND LIBRARY

Copyrighted Material

Copyrighted Material

# THE GODS OF MARS

**TP** THE TOWNSEND LIBRARY

For more titles in the Townsend Library,
visit our website: **www.townsendpress.com**

All new material in this edition is
copyright © 2006 by Townsend Press.
Printed in the United States of America

0 9 8 7 6 5 4 3 2 1

All rights reserved. Any one chapter of this book
may be reproduced without the written permission
of the publisher. For permission to reproduce more
than one chapter, send requests to:

Townsend Press, Inc.
1038 Industrial Drive
West Berlin, New Jersey 08091

ISBN 1-59194-062-1

Library of Congress Control Number:
2005936426

Copyrighted Material





This book is not licensed or authorized by, or in any way affiliated with, Edgar Rice Burroughs, Inc., or any other entity associated with the Edgar Rice Burroughs estate.



SIMON & SCHUSTER

An imprint of Simon & Schuster Children's Publishing Division

1230 Avenue of the Americas, New York, New York 10020

This book is a work of fiction. Any references to historical events, real people, or real locales are used fictitiously. Other names, characters, places, and incidents are products of the author's imagination, and any resemblance to actual events or locales or persons, living or dead, is entirely coincidental.

Introduction copyright © 2012 by Simon & Schuster, Inc.

Introduction by Bruce Coville

A Princess of Mars originally published in 1912; The Gods of Mars originally published in 1913; and The Warlord of Mars originally published in 1914

Illustrations for A Princess of Mars and title page illustration copyright © 2012 by Mark Zug

Illustrations for The Gods of Mars copyright © 2012 by Scott M. Fischer

Illustrations for The Warlord of Mars copyright © 2012 by Scott Gustafson

This SIMON & SCHUSTER paperback edition February 2012

All rights reserved, including the right of reproduction in whole or in part in any form.

SIMON & SCHUSTER is a trademark of Simon & Schuster, Inc.



the respect of the warlords of his strange new world. In *The Gods of Mars*, John Carter fights the dreaded Black Pirates and leads the Martians in a revolution against a terrifying cult that thrives on living sacrifices. And in *The Warlord of Mars*, John Carter is faced with his most fearsome enemy yet: an evil that threatens to destroy the planet and everything he has grown to love.

The adventures of John Carter of Mars have thrilled fans for generations, and now, for the one hundredth anniversary of the first Martian escapade, new readers can discover the wonders of Mars for the first time.

This book is not licensed or authorized by, or in any way affiliated with, Edgar Rice Burroughs, Inc., or any other entity associated with the Edgar Rice Burroughs estate.

FOUND EDITION ALSO AVAILABLE

COVER DESIGN BY LIZZY BROMLEY

COVER ILLUSTRATIONS COPYRIGHT © 2012 BY MARK ZUG

SIMON & SCHUSTER BYFR

SIMON & SCHUSTER • NEW YORK • AGES 12 UP • $17.99



JOH O NA

THE SHADOW LORD OF MARS

By Edwin Burrouf

The Death of Barsoom - Book 2

JOH NA: THE SHADOW-LORD OF MARS
By Edwin Burrouf

The Death of Barsoom - Book 2

This one's for Al McKenna
Thanks, buddy. A rescue dog never forgets.

Published by 5th Horseman Publishing
Copyright 2012 by Edwin Burrouf
Cover by Pete Kremer
All rights reserved
Special thanks to Allen Carver.

<u>INTRODUCTION</u>





# UNDER THE MOONS of MARS

## NEW ADVENTURES ON BARSOOM

Edited by John Joseph Adams • Foreword by Tamora Pierce • Glossary by Richard A. Lupoff

**STORIES BY**

Peter S. Beagle
Tobias S. Buckell
Chris Claremont
Theodora Goss
Austin Grossman
David Barr Kirtley
Joe R. Lansdale
Jonathan Maberry
L. E. Modesitt, Jr.
Garth Nix
S. M. Stirling
Catherynne M. Valente
Genevieve Valentine
Robin Wasserman

**ILLUSTRATIONS BY**

Daren Bader
Jeremy Bastian
Jeff Carlisle
Mike Cavallaro
Molly Crabapple
Tom Daly
Michael Wm Kaluta
Gregory Manchess
Meinert Hansen
John Picacio
Misako Rocks!
Joe Sutphin
Charles Vess
Chrissie Zullo

This book is not licensed or authorized by, or in any way affiliated with,
Edgar Rice Burroughs, Inc., or any other entity associated
with the Edgar Rice Burroughs estate.

Watch videos,
get extras, and read exclusives at
TEEN.SimonandSchuster.com

ISBN 978-1-4424-2028-8   $16.99 U.S./$19.99 Can.

51699



# UNDER THE MOONS OF MARS

## NEW ADVENTURES ON BARSOOM

### EDITED BY
### JOHN JOSEPH ADAMS

SIMON & SCHUSTER BFYR

New York London Toronto Sydney New Delhi

Copyrighted Material

Copyrighted Material

This book is not licensed or authorized by, or in any way affiliated with, Edgar Rice Burroughs, or any other entity associated with the Edgar Rice Burroughs estate.



## SIMON & SCHUSTER BFYR

An imprint of Simon & Schuster Children's Publishing Division
1230 Avenue of the Americas, New York, New York 10020
This book is a work of fiction. Any references to historical events, real people, or real locales are used fictitiously. Other names, characters, places, and incidents are products of the author's imag
and any resemblance to actual events or locales or persons, living or dead, is entirely coincidenta
Title page illustration copyright © 2012 by Mark Zug
Foreword copyright © 2012 by Tamora Pierce
Introduction copyright © 2012 by John Joseph Adams
"The Metal Men of Mars" copyright © 2012 by Joe R. Lansdale
Illustration copyright © 2012 by Gregory Manchess
"Three Deaths" copyright © 2012 by David Barr Kirtley
Illustration copyright © 2012 by Charles Vess
"The Ape-Man of Mars" copyright © 2012 by Avicenna Development Corporation
Illustration copyright © 2012 by Jeremy A. Bastian
"A Tinker of Warhoon" copyright © 2012 by Tobias S. Buckell
Illustration copyright © 2012 by Chrissie Zullo
"Vengeance of Mars" copyright © 2012 by Robin Wasserman
Illustration copyright © 2012 by Misako Rocks!
"Woola's Song" copyright © 2012 by Theodora Goss
Illustration copyright © 2012 by Joe Sutphin
"The River Gods of Mars" copyright © 2012 by Austin Grossman
Illustration copyright © 2012 by Meinert Hansen
"The Bronze Man of Mars" copyright © 2012 by L. E. Modesitt, Jr.
Illustration copyright © 2012 by Tom Daly
"A Game of Mars" copyright © 2012 by Genevieve Valentine
Illustration copyright © 2012 by Molly Crabapple

"A Sidekick of Mars" copyright © 2012 by Garth Nix

Illustration copyright © 2012 by Mike Cavallaro

"The Ghost That Haunts the Superstition Mountains" copyright © 2012 by ClearMountain Creatives LLC

Illustration copyright © 2012 by John Picacio

"The Jasoom Project" copyright © 2012 by S. M. Stirling

Illustration copyright © 2012 by Jeff Carlisle

"Coming of Age on Barsoom" copyright © 2012 by Catherynne M. Valente

Illustration copyright © 2012 by Michael Wm Kaluta

"The Death Song of Dwar Guntha" copyright © 2012 by Jonathan Maberry

Illustration copyright © 2012 by Daren Bader

Appendix: A Barsoomian Gazetteer, or, Who's Who and What's What on Mars copyright © 2012 by Richard A. Lupoff

Story Notes copyright © 2012 by John Joseph Adams and David Barr Kirtley

All rights reserved, including the right of reproduction in whole or in part in any form.

SIMON & SCHUSTER BFYR is a trademark of Simon & Schuster, Inc.

For information about special discounts for bulk purchases, please contact Simon & Schuster
Special Sales at 1-866-506-1949 or business@simonandschuster.com.

The Simon & Schuster Speakers Bureau can bring authors to your live event. For more information
or to book an event, contact the Simon & Schuster Speakers Bureau at 1-866-248-3049 or
visit our website at www.simonspeakers.com.

Book design by Tom Daly

The text for this book is set in Berthold Baskerville Book.

The illustrations for this book are rendered in various media.

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

CIP data for this book is available from the Library of Congress.

ISBN 978-1-4424-2029-8

ISBN 978-1-4424-2031-1 (eBook)



FIRST
EDITION

Copyrighted Material



"I found myself dreaming of Mars and John Carter, of Dejah Thoris, of Tars Tarkas and of Woola...

"But the rest is in the manuscript that... I have found the means to transmit to you with this letter. You and a few others of the chosen will believe in it—for the rest it matters not as yet. The time will come..."

—Excerpted from a letter to Edgar Rice Burroughs from Ulysses Paxton, dated Helium, June 8, 1925, in *The Master Mind of Mars*

# A GUIDE TO BARSOOM

Eleven Sections of References in One Volume Dealing with the Martian Stories Written by Edgar Rice Burroughs

Compiled by
**JOHN FLINT ROY**

Published by ReAnimus Press

© 1976 by John Flint Roy. All rights reserved.
Illustrations © 1976 by Neal MacDonald

http://ReAnimus.com/authors/johnflintroy

Cover Art by Neal MacDonald

John Carter®, John Carter of Mars®, Princess of Mars® and Tars Tarkas® are registered trademarks of Edgar Rice Burroughs, Inc., and used with permission.

John Carter®, John Carter of Mars®, Princess of Mars® and Tars Tarkas® are registered trademarks of Edgar Rice Burroughs, Inc., and used with permission.

### License Notes

This ebook is licensed for your personal enjoyment only. This ebook may not be re-sold or given away to other people. If you would like to share this book with another person, please purchase an additional copy for each person. If you're reading this book and did not purchase it, or it was not purchased for your use only, then please purchase your own copy. Thank you for respecting the hard work of this author.

~~~





Copyrighted Material

Sale of this book without a front cover may be unauthorized. If this book is coverless, it may have been reported to the publisher as "unsold or destroyed" and neither the author nor the publisher may have received payment for it.

A Del Rey Book
Published by Ballantine Books
Copyright © 1913 Frank A. Munsey Company

Cover art by Michael Whelan, Copyright © 1979 Edgar Rice Burroughs, Inc.

*The Gods of Mars* was first published in *All-Story Magazine* as a five-part serial, January through May 1913.

All rights reserved under International and Pan-American Copyright Conventions. Published in the United States by Ballantine Books, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

http://www.randomhouse.com

ISBN 0-345-27835-6

This authorized edition published by arrangement with Edgar Rice Burroughs, Inc.

Printed in Canada

First U.S. Printing: January 1963

35  34  33

Copyrighted Material



A DEMON-PRINCESS OF MARS
By Edwin Burrouf

The Death of Barsoom - Book 3

A Demon-Princess of Mars
Published in Feb, 2012 by 5<sup>th</sup> Horseman Publishing
Copyright 2012 by Edwin Bourrouf
Cover by Pete Kremer & Glenn Fabry
All rights reserved

Listen, now, while I tell you about the lives of women.



Copyrighted Material

# A PRINCESS
## OF MARS

Copyrighted Material



*With my back against a golden throne, I fought once again for Dejah Thoris.*

[PAGE 183]

Copyrighted Material

Copyrighted Material

EDGAR RICE BURROUGHS

# A PRINCESS
# OF MARS

*Introduction by Ray Bradbury*

*Illustrations by Frank E. Schoonover*



THE MODERN LIBRARY
NEW YORK

Copyrighted Material

Copyrighted Material

2003 Modern Library Paperback Edition

Biographical note copyright © 2002 by Random House, Inc.
Introduction copyright © 2003 by Ray Bradbury
Reading group guide copyright © 2003 by Random House, Inc.

All rights reserved under International and Pan-American Copyright
Conventions. Published in the United States by Modern Library, an imprint of
The Random House Publishing Group, a division of
Random House, Inc., New York, and simultaneously in Canada by
Random House of Canada Limited, Toronto.

MODERN LIBRARY and the TORCHBEARER Design are registered trademarks
of Random House, Inc.

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA
Burroughs, Edgar Rice, 1875–1950.
A princess of Mars / Edgar Rice Burroughs ; introduction by Ray Bradbury ;
illustration by Frank E. Schoonover—2003 Modern Library paperback ed.
p.  cm
Originally published under title: Under the moons of Mars by
Norman Bean (pseudonym) in All-story magazine, in a six-part serial,
February through July 1912.
ISBN 0-8129-6651-4
1. Mars (Planet)—Fiction.  2. Princesses—Fiction.  I. Title.

PS3503.U687  P75  2003
813'.52—dc21    2002041094

Modern Library website address: www.modernlibrary.com

Printed in the United States of America

2  4  6  8  9  7  5  3

Copyrighted Material

