# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

Partners
Ronald J Lehrman
Stephan Bigger
Roger L Zissu
Richard Z Lehv
David Ehrlich
Susan Upton Douglass
Janet L Hoffman
Peter J Silverman
Lawrence Eli Apolzon
Barbara A Solomon
Mark D Engelmann
Nadine H Jacobson
Andrew N Fredbeck
Craig S Mende
Allison Strickland Ricketts
John P Margiotta
Lydia T Gobena
Carlos Cucurella
James D Weinberger
David Donahue
Nancy E. Sabarra
Charles T J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle

Counsel
James D Silberstein
Joyce M Ferraro
Robert A Becker
Michael Chiappetta
Tamar Niv Bessinger
Nancy C DiConza

Associates
Karen Lim
Jason Jones
Alexander I Greenberg
Giselle C W Huron
Anna Leipsic
Leo Kittay
Todd Martin
Carissa L Weiss
Robin N. Baydurcan
Sherri N. Duitz
Amanda B Agati
Jennifer Insley-Pruitt
Emily Weiss
Ashford Tucker
Jessica Meiselman
Erica Gould

June 25, 2013

**BY EMAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

Hon. Paul A. Crotty
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-26-13

Re:   *Edgar Rice Burroughs, Inc. v. Dynamic Forces, Inc., et al.*
       No. 12 Civ. 1192 (PAC)

Dear Judge Crotty:

We represent the Plaintiff, and we write on behalf of all parties. Because of Your Honor's ongoing criminal trial schedule, yesterday the Court rescheduled the status conference previously scheduled for today, June 25, at 5:00 pm to July 10 at 2:45 pm.

Due to the vacation schedules of counsel, the parties jointly request that the July 10 status conference be adjourned to a suitable date between July 26 and July 31 or during the weeks of August 12 or August 19.

For further background, the parties have prviously sought adjournments of this status conference to allow them to continue the mediation process before Magistrate Judge Pitman, all of which adjournments were granted. Per Magistrate Judge Pitman's instruction during the parties' June 7 telephone conference with him, the parties were directed to appear before Your Honor at the then-scheduled June 25 status conference to provide Your Honor with a status report on the state of mediation. This is the parties' first request to adjourn the status conference following Magistrate Judge Pitman's instruction for the parties to appear before Your Honor for a status conference.

Application GRANTED. The conference is adjourned to 7/30/13 at 3:30pm in Courtroom 11-D.

SO ORDERED:
_Paul Crotty 6-26-13_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Roger Zissu*
Roger L. Zissu

cc:   Tom J. Ferber, Jacob B. Radcliff, Stephanie R. Kline
        (*Counsel for Defendants*—by email)

866 United Nations Plaza at First Avenue & 48th Street | New York, New York 10017
Phone 212.813.5900 | Fax 212.813.5901 | www.frosszelnick.com