Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/29/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
EDGAR RICE BURROUGHS, INC.,

                Plaintiff,

v.

DYNAMIC FORCES, INC., and
SAVAGE TALES ENTERTAINMENT, LLC
                Defendant.
-----------------------------------------------------------x

12 cv 1192 (ER)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

This action having been settled,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this action and all claims and defenses pleaded and asserted therein and that could have been pleaded or asserted therein are voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: April 29, 2014
      New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
        Roger L. Zissu

866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: _____
     Tom J. Ferber

   7 Times Square
   New York, New York 10036
   Tel: (212) 421-4100

*Attorneys for Defendants*

SO ORDERED

_____
U.S.D.J. Hon. Edgardo Ramos
Date: 5/29/14